**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-81277-RAR**

**SOPHIA KAMBITSIS**, **individually and on behalf of all others similarly situated,**

      Plaintiff,

v.

**CAPIO PARTNERS, LLC,**

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

The parties have advised that they have amicably settled this matter [ECF No. 15]. Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

      1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal with the Court within **thirty days** of the date of this Order.

      2.  If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

      3.  The Clerk shall **CLOSE** this case for administrative purposes only.  All pending motions are **DENIED as moot**.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of November, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**